PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-44358 RLE |
| OMAR AHMED and NEMA MOHAMED, | Chapter 13 |
| Debtors. | DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN |

I, Omar Ahmed, declare:

1. I am one of the debtors in the above-captioned case.

2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

3. At the time I filed my chapter 13 case, on May 21, 2009, I was the owner of the real property located at 4937 Omar St., Fremont, CA 94538 (the "property").

4. I am informed and believe that on the date I filed my case, my property was worth approximately $450,000.00.

5. The property is encumbered by a First Deed of Trust in favor of Bank of America, National Association as successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR17 Trust in the sum of $515,418.44, as evidenced by its

proof of claim filed on August 14, 2009, a copy of which is attached as Exhibit A and made a part hereof.

6. Chase Home Finance as successor to Washington Mutual is the beneficiary of a Second Deed of Trust against the property in the sum of $78,048.21, as evidenced by its proof of claim filed on February 1, 2010, a copy of which is attached as Exhibit B and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 13, 2011        /s/  OMAR AHMED
                                  OMAR AHMED

Page 2 of 2

Case: 09-44358   Doc# 36-2   Filed: 04/14/11   Entered: 04/14/11 17:13:32   Page 2 of 2