```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-44358 RLE |
| **OMAR AHMED and NEMA MOHAMED,** | Chapter 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On April 14, 2011 I served the within;

**Motion to Value Security of Chase Home Finance as successor to Washington Mutual under FRBP 3012; Notice and Opportunity to Request a Hearing; Memorandum of Points and Authorities in Support of Debtors' Motion to Value Lien; Declaration of Debtor in Support of Debtors' Motion to Value Lien**

on the below-named in this action by placing a true copy thereof in a sealed envelope with certified mail postage paid, in the United States Mail at Oakland, CA addressed as follows:

Attn: Officer
JPMorgan Chase Bank, NA
1111 Polaris Parkway
Columbus, OH 43240
/
/
/
/

```
Attn: Officer
JPMorgan Chase Bank, NA
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Attn: Officer
Bank of America, National Association
101 S. Tryon
Charlotte, NC 28202

Attn: Officer
Bank of America, National Association
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017
```

and on the below-named in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

```
Attn: Officer or Managing Agent
Chase Home Finance, LLC
194 Wood Ave. S
Iselin, NJ 08830

Attn: Officer or Managing Agent
Chase Home Finance, LLC
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Attn: Mike Messerly
Chase Finance
8333 Ridgepoint Drive, Floor 01
Irving, TX 75063-5812

Attn: Officer
Bank of America, National Association as successor by merger to
LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates
Series 2005-AR17 Trust
C/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
```
/
/
/
/
/
/

```
 1  Attn: Casper J. Rankin
    Bank of America, National Association as successor by merger to
 2  LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates
    Series 2005-AR17 Trust
 3  C/o Pite Duncan, LLP
    4375 Jutland Drive, Suite 200
 4  P.O. Box 17933
    San Diego, CA 92177
 5
    Attn: Ramesh Singh
 6  GE Money Bank
    C/o Recovery Management Systems Corp.
 7  25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
 8
         I declare under penalty of perjury under the laws of the State of
 9  California that the foregoing is true and correct.

10  Dated: April 14, 2011               /s/   Anita Prasad
                                              ANITA PRASAD
11
```

Case: 09-44358   Doc# 36-5   Filed: 04/14/11   Entered: 04/14/11 17:13:32   Page 3 of 3